UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI MARIE H.,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. EDCV 20-1252-RSWL (AGR)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

On June 22, 2020, Plaintiff, proceeding *pro se,* filed a Complaint for Review of a Social Security Disability or Supplemental Security Income Decision. On June 25, 2020, the Court issued an Order re: Further Proceedings. (Dkt. No. 6.)

Pursuant to the Order, Plaintiff's motion for summary judgment, and points and authorities in support of the relief requested, was to be filed and served no later than 30 days after the Answer and Certified Administrative Record were filed. (*Id.* at 2.) The Answer and Certified Administrative Record were filed on April 9, 2021. (Dkt. Nos. 11-12.) Accordingly, Plaintiff's motion for summary judgment should have been filed and served 30 days later, including mailing, on May 14, 2021.

To date, Plaintiff has not filed a motion for summary judgment or requested an extension of time.

Accordingly, **no later than July 19, 2021, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by court orders. Filing of Plaintiff's motion for summary judgment on or before **July 19, 2021**, shall be deemed compliance with this Order to Show Cause.

If Plaintiff does not file a motion for summary judgment or timely respond to this order to show cause on or before July 19, 2021, Plaintiff's action may be dismissed without prejudice for failure to prosecute and/or failure to follow court orders.

DATED: June 17, 2021

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE