JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI M. H., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. EDCV 20-1252-RSWL (AGR) <br><br> JUDGMENT |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Acting Commissioner of Social Security Administration.

DATED: May 23, 2022          */S/ RONALD S.W. LEW*
                                                    RONALD S.W. LEW
                                                    United States District Judge